## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

IN RE:

TIMOTHY THOMAS WOOD             Case No. 14-25554 MER
SSN: XXX-XX-7570

Debtor.                                                    Chapter 13

### NOTICE OF FILING AMENDED CHAPTER 13 PLAN, DEADLINE FOR FILING OBJECTIONS, AND HEARING ON CONFIRMATION

**OBJECTION DEADLINE: February 25, 2015** .

     YOU ARE HEREBY NOTIFIED that the debtor filed an amended chapter 13 plan on February 10, 2015, docket number 34. A copy of the amended chapter 13 plan is attached.

     An non-evidentary hearing on confirmation has been set for **March 23, 2015** at **1:30 p.m.** at 721 19th Street, Denver, Colorado 80202, U.S. Customs House, Courtroom D. Counsel may appear at the non-evidentiary hearing by telephone. The Following instructions are provided for connecting to the Court's conference call line:

     Dial 720-904-7488, a few minutes prior to the commencement of the hearing. It is a computerized system and you will be prompted to input a meeting access code, followed by the # sign. the meeting access code is 993 536 252#. There is no Attendee ID number. You will then be connected into the conference call line.

     If you wish to oppose confirmation of the amended chapter 13 plan you must file with the court a written objection and request for a hearing on or before the objection deadline stated above, and serve a copy there of on the undersigned attorney. Pursuant to L.B.R. 3015-1, objections must clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the court.

     Unless otherwise ordered, previously filed objections to any prior chapter 13 plan are deemed moot and new objections must be timely filed addressing this amended plan.

     If no objections are filed, the amended paln may be confirmed without a hearing, upon the debtor's filing of a Verification of Confirmable Plan pursuant to L.B.R. 3015-1.

Dated: February 10, 2015

By: _____
W. Robert Montgomery, #1205
Nicole M. Linné, #30362
13701 West Jewell Avenue, Suite 290
Lakewood CO 80228
Telephone number 303-989-4680
Facsimile number 303-985-5303
E-mail address WRMont@msn.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Amended Chapter 13 Plan dated February 10, 2015, docket no. 34, and the Notice of Filing Amended Chapter 13 Plan, Deadline for Filing Objections Thereto, and Hearing on Confirmation were served by placing the same in the United States Mail, first class postage pre-paid, this 10th day of February, 2015 to the following:

Sally Zeman
Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201

1st Bank of Scotia
c/o Britney Beall-Eder
Weinstein, Pinson & Riley, P.S.
999 18th Street, Ste. 2101N
Denver, CO 80202

_____

2